STATE of Missouri,
Plaintiff–Respondent,

v.

Robert MADISON, Defendant–Appellant.

No. 53928.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 20, 1990.

Motion for Rehearing and/or
Transfer to Supreme Court Denied
April 20, 1990.

Application to Transfer Denied
June 19, 1990.

STATE of Missouri, Respondent,

v.

Rodney BANKS, Appellant.

Rodney BANKS, Appellant,

v.

STATE of Missouri, Respondent.

Nos. 54409, 56684.

Missouri Court of Appeals,
Eastern District,
Division One.

March 20, 1990.

Motion for Rehearing and/or Transfer to
Supreme Court Denied April 25, 1990.

Application to Transfer Denied
June 19, 1990.

Cheryl Rafert, Asst. Public Defender, St. Louis, for appellant.

William L. Webster, Atty. Gen., Stewart M. Freilich, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

Defendant appeals from his conviction by a jury of the Class C felony of stealing more than $150 and the resultant sentence by the court of fifteen years as a persistent offender. He also appeals from the denial of his post-conviction motion pursuant to Rule 29.15. We find no error in either judgment and conclude that no precedential value would be served by an opinion. The parties have been furnished with a statement delineating our reasons for our result. Judgments are affirmed. Rule 30.-25(b) and Rule 84.16(b).